IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00215-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE ALFREDO MENDOZA-RAMOS,

      Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE**
_____

      MR. JOSE ALFREDO MENDOZA-RAMOS, through his counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby requests that the Court extend the deadline for the parties to set a Hearing on the Motion to Suppress Evidence and Statements for an additional seven (7) days.  The Motion is unopposed by the government.  In support of the present Motion, undersigned counsel states:

      1) On June 21, 2018, undersigned counsel filed a Motion to Suppress Evidence and Statements.  *See* Doc. 17.

      2) On July 6, 2018, counsel for the government filed a Response to Doc. 17.  *See* Doc. 18.

      3) After the government filed its Response, the parties contacted chambers to inform the Court that the parties needed approximately one week in order to coordinate a date for Hearing on the Motion.  The Court issued an Order for the parties to contact

Chambers by July 16, 2018, in order to set a date for hearing on the Motion.  *See* Doc. 19.

4) Undersigned counsel was not able to confirm the schedule of a potential witness by today's date.  As a result, undersigned counsel requests an additional period of seven days for the parties to contact Chambers in order to schedule the Hearing.

5) Undersigned counsel informed the government of the present request and counsel for the government had no objection to the requested extension.

WHEREFORE, undersigned counsel requests that the parties be allowed to contact Chambers by July 23, 2018, in order to schedule a Hearing on the Motion to Suppress Evidence and Statements.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Timothy_OHara@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on July 16, 2018, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 Daniel Robert McIntyre
 Assistant U.S. Attorney
 Email: Daniel.McIntyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Jose Alfredo Mendoza-Ramos  (U.S. Mail)

           s/ Timothy P. O'Hara
           TIMOTHY P. O'HARA
           Assistant Federal Public Defender
           633 Seventeenth Street, Suite 1000
           Denver, Colorado  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Email:  Timothy_OHara@fd.org
           Attorney for Defendant